**James Leon CURTIS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 42093.**

Missouri Court of Appeals,
Western District.

June 12, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 31, 1990.

Application to Transfer Denied
Sept. 11, 1990.

David S. Durbin, Appellate Defender and John L. Vohs, Asst. Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Martin Daniel Kerckhoff, Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, P.J., and CLARK and BERREY, JJ.

### ORDER

PER CURIAM.

Appeal from denial of Rule 24.035 motion for post-conviction relief after an evidentiary hearing.

Affirmed.   Rule 84.16(b).